**REED SMITH LLP**
*Formed in the State of Delaware*
Siobhan A. Nolan
Reed Smith, LLP
136 Main Street, Suite 250
Princeton, NJ 08540
Telephone: (609) 524-2058
Facsimile: (609) 951-0824
Email: snolan@reedsmith.com
*Attorneys for Defendant*
*Synchrony Financial*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEEV RAFAILOV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SYNCHRONY FINANCIAL,<br><br>　　　　Defendant. | Case No.: 3:17-cv-05795-FLW-DEA<br><br>**ORDER COMPELLING ARBITRATION**<br><br>[dkt. no. 16] |

**THIS MATTER** having been opened to the Court by Reed Smith LLP, counsel for Defendant Synchrony Financial ("Defendant") for an Order granting Defendant's motion to compel arbitration; and the Court having reviewed the moving and responding papers and the arguments of counsel; ~~for the reasons stated on the record~~, and for other good cause shown;

IT IS on this 2nd day of March, 2018, **ORDERED**:

1. Synchrony's Motion to Compel Arbitration is **GRANTED**;

2. Plaintiff's Claims in the above-captioned action are compelled to binding, final arbitration.

3. Plaintiff's Complaint is ~~dismissed with prejudice~~ /stayed *hereby* until the arbitration of Plaintiff's claims is complete.

4. The Clerk shall administratively terminate this action from the active docket pending the arbitration.

_____
Freda L. Wolfson
Magistrate Judge/U.S. District Court Judge

This application is unopposed.